IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DEBORAH K. MCKINLEY** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 2:11-cv-00251** |
| | § | **(JURY TRIAL)** |
| **WHISPERING PINES LODGE I, L.L.P.** | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING STIPULATION OF DISMISSAL**

The Court has reviewed the Stipulation set forth. Accordingly,

**IT IS ORDERED** that:

1. This matter is dismissed with prejudice; and

2. Each party is to bear its own costs.

**SIGNED this 8th day of February, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE